UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| KAREN MCCOY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 1:10-CV-00473-RL-RBC |
| ) | |
| TAYLOR MADE SYSTEMS ) | |
| INDIANA, INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure, the parties KAREN McCOY, Plaintiff, and TAYLOR MADE SYSTEMS, A DIVISION OF TAYLOR MADE GROUP, LLC (misidentified in Complaint as Taylor Made Systems Indiana, Inc.), Defendant, by their respective counsel, hereby stipulate to a dismissal of this cause of action WITH PREJUDICE. Each party shall bear its own costs and attorney fees.

By: */s/ Christopher C. Myers*
    Christopher C. Myers
    Ilene M. Smith
    CHRISTOPHER C. MYERS
     & ASSOCIATES
    809 S. Calhoun Street, Suite 400
    Fort Wayne, Indiana  46802
    Telephone: (260) 424-0600
    Facsimile: (260) 424-0712

    ATTORNEYS FOR PLAINTIFF,
    KAREN McCOY

By: */s/ Steven L. Jackson*
    Steven L. Jackson (#4861-02)
    Peter A. Meyer (#27968-53)
    BAKER & DANIELS LLP
    111 East Wayne Street, Suite 800
    Fort Wayne, Indiana  46802
    Telephone:  (260) 424-8000
    Facsimile:  (260) 460-1700
    steven.jackson@bakerd.com
    peter.meyer@bakerd.com

    ATTORNEYS FOR
    DEFENDANT, TAYLOR MADE
    SYSTEMS, A DIVISION OF
    TAYLOR MADE GROUP, LLC